IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

DEREK Q. JAMES, Register No. 182777,   )
                                        )
                    Plaintiff,          )
                                        )
           v.                           )   No. 07-4141-CV-C-NKL
                                        )
DAVE DORMIRE, et al.,                   )
                                        )
                    Defendants.         )

## ORDER

On March 21, 2008, plaintiff filed a motion to reconsider the court's order of March 4, 2008. Plaintiff's motion under Fed. R. Civ. P. 59(e) is untimely and will be treated as a request to alter or amend the judgment under Rule 60(b).

Rule 60(b) "provides for extraordinary relief which may be granted only upon an adequate showing of exceptional circumstances." Reyher v. Champion, 975 F.2d 483, 488 (8th Cir. 1992) (quoting United States v. Young, 806 F.2d 805, 806 (8th Cir. 1986)). No exceptional circumstances justifying relief have been shown.

THEREFORE, IT IS ORDERED that plaintiff's motion for relief from the judgment is denied. [33]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 18, 2008
Jefferson City, Missouri