IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DEREK Q. JAMES, Register No. 182777, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4141-CV-C-NKL |
| ) | |
| DAVE DORMIRE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff filed a motion for relief from judgment on June 18, 2009. Plaintiff's claims in this case were dismissed on March 4, 2008, and this dismissal was affirmed by the Eighth Circuit Court of Appeals on April 14, 2009.

Plaintiff seeks relief from the judgment in this case, pursuant to Federal Rule of Civil Procedure 60(b). Rule 60(b) "provides for extraordinary relief which may be granted only upon an adequate showing of exceptional circumstances." Reyher v. Champion, 975 F.2d 483, 488 (8th Cir. 1992) (quoting United States v. Young, 806 F.2d 805, 806 (8th Cir. 1986)). No exceptional circumstances, as set forth in Rule 60(b), which would justify relief have been shown.

THEREFORE, IT IS ORDERED that plaintiff's motion for relief from the judgment is denied. [50]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: November 2, 2009
Jefferson City, Missouri